IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **CANDELARIO RINCON CHAVERO,** Petitioner, | § § § | |
| v. | § § | EP-25-CV-00638-DB |
| **PAM BONDI,** *Attorney General of the United States of America, et al.,* Respondents. | § § § § § | |

### FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On December 18, 2025, this Court issued a "Memorandum Opinion and Order," ECF No. 8, granting in part Petitioner Candelario Rincon Chavero's "Petition for Writ of Habeas Corpus," ECF No. 1, filed on December 10, 2025. Therein, this Court asserted jurisdiction over the instant matter, and found Petitioner has established a violation of the Fifth Amendment's Due Process Clause as applied to him. Accordingly, the Court ordered Respondents to give Petitioner a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention, or release Petitioner from custody under reasonable conditions of supervision during the pendency of his removal proceedings.

On January 13, 2026, Respondents filed a "Joint Status Report," ECF No. 13, advising the Court there are no more issues before the Court. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **14th** day of **January 2026**.

                                                                                      _____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**